IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
No. 1:23-mc-00042-UA-JEP

| | |
|---|---|
| **IN RE: SUBPOENA TO CENTRALSQUARE TECHNOLOGIES, LLC** | ) ) ) ) |
| **In connection with:** Heather Nicole Durham, on behalf of herself and others similarly situated, Plaintiff, | ) ) ) ) ) ) ) |
| v. | ) ) |
| City of Charlotte, a North Carolina municipal corporation, Defendant. | ) ) ) ) ) |
| Case No. 3:21-cv-00638-RJC-SCR, United States District Court, Western District of North Carolina, Charlotte Division | ) ) ) |

**NON-PARTY CENTRALSQUARE TECHNOLOGIES, LLC'S MOTION TO TRANSFER AND CROSS-MOTION TO QUASH SUBPOENA AND FOR ENTRY OF A PROTECTIVE ORDER**

Pursuant to Federal Rules of Civil Procedure 26(c), 45(d) and 45(f), and Local Rules 7.1 and 37.1, Non-Party CentralSquare Technologies, LLC respectfully moves as follows:

1.     For entry of an order transferring Plaintiff's Motion to Compel Compliance with Subpoena (ECF 1) and the Motion and Cross-Motion herein to the Western District of North Carolina, which issued the subpoena; and

2.     For entry of an order quashing the subpoena and entry of a protective order (i) prohibiting Plaintiff from seeking from CentralSquare Technologies, LLC the discovery

1

requested by the subpoena; (ii) requiring Plaintiff's counsel to return all materials (including but not limited to the ReportBeam database) CentralSquare designated as "Confidential" in *Hensley v. City of Charlotte*, No. 3:20-cv-482-KDB-DSC (W.D.N.C.) and destroy all copies thereof; and (iii) prohibiting Plaintiff's counsel from using the information obtained from the *Hensley* database.

Pursuant to Local Rule 37.1(a), a certification of personal consultation and diligent attempts to resolve the dispute is included with this Motion and Cross-Motion.

In accordance with Local Rule 7.3, the bases for the Motion and Cross-Motion are set forth in a separately filed brief.

Date: November 13, 2023

/s/ Nash E. Long
Nash E. Long (N.C. Bar No. 24385)
Kathleen E. Perkins (N.C. Bar No. 52340)
Hunton Andrews Kurth LLP
One South at the Plaza, Suite 3500
101 South Tryon Street
Charlotte, NC 28280
(T) 704-378-4700
(F) 704-378-4890
nlong@huntonak.com
kperkins@huntonak.com

*Attorneys for Non-Party Subpoena Recipient CentralSquare Technologies, LLC*

2

# LOCAL RULE 37.1(a) CERTIFICATION

Pursuant to Local Rule 37.1(a), the undersigned certifies that Andrew S. Koelz (counsel for Non-Party Subpoena Recipient CentralSquare Technologies, LLC) met and conferred in good faith with counsel for Plaintiff (Andrew Brown, J. David Stradley, and John Bloss) on several occasions via email and telephone between August 4, 2023 and October 14, 2023, as indicated in Plaintiff's Local Rule 37.1(a) certification. *See* ECF 1 at 3-6. The undersigned disagrees, however, with Plaintiff's characterization of some of the communications, and refers to the written communications attached to Plaintiff's certification, which speak for themselves. *See id.*

Despite this meet and confer process, Plaintiff and CentralSquare Technologies, LLC were unable to reach agreement, and on October 27, 2023, Plaintiff filed its Motion to Compel Compliance with Subpoena.

/s/ Andrew S. Koelz
Andrew S. Koelz (G.A. Bar No. 208399)

3

## CERTIFICATE OF SERVICE

I hereby certify that on this the 13th day of November, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send a copy to all counsel of record.  Additional copies were sent to the following counsel via First Class Mail, postage prepaid, and email, addressed as follows:

Andrew H. Brown
Brown, Faucher, Peraldo & Benson, PLLC
822 N. Elm Street, Suite 200
Greensboro, North Carolina 27401
Email:  drew@greensborolawcenter.com

J. David Stradley
White & Stradley, PLLC
3105 Charles B. Root Wynd
Raleigh, North Carolina 27612
Email:  stradley@whiteandstradley.com

John F. Bloss
Frederick L. Berry
Higgins Benjamin, PLLC
301 North Elm Street, Suite 800
Greensboro, North Carolina 27401
Email:jbloss@greensborolaw.com
Email: fberry@greensborolaw.com

Patrick H. Flanagan
Stephanie H. Webster
Cranfill Sumner LLP
P.O. Box 30787
Charlotte, North Carolina 28230
Email: phf@cshlaw.com
Email: swebster@cshlaw.com

/s/ Nash E. Long
Nash E. Long

4